23001. SANGSTER *v.* THE STATE.

BROYLES, C. J. Under the counter-showing made by the State, and the discretion vested in the trial judge, he did not err in overruling the ground of the motion for a new trial based on alleged newly discovered evidence.

2. The evidence amply supports the verdict; the testimony of the defendant's accomplice was sufficiently corroborated; and the refusal to grant a new trial was not error for any reason assigned.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED APRIL 5, 1933.

*Jack Taggart, D. L. Henderson,* for plaintiff in error.
*T. Hoyl Davis, solicitor-general,* contra.